IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Alisa Kentrus, ) | |
| ) | C.A. No. 2:23-cv-00364-RMG-MHC |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| South Carolina Farm Bureau Mutual ) | |
| Insurance Company, ) | |
| ) | |
| Defendant. ) | |

The undersigned counsel for Plaintiff, by and with the consent of the undersigned counsel for Defendant, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulates to the dismissal of the above-captioned action with prejudice, thereby forever ending this matter, with each side to bear their own costs and fees.


s/ Reagan Singletary                    .
Reagan Singletary (DCID 10640)
THE SINGLETARY GROUP, LLC
685 Highway 15 South
St. George, South Carolina 29477
Tel: (803) 552-6957
Fax: (803) 75-.9623
reagan@thesingletarygroup.com

ATTORNEY FOR PLAINTIFF

s/ T. Foster Haselden                    .
T. Foster Haselden (DCID 11461)
R Hayne Hodges III (DCID 9663)
BETTIS LAW GROUP, L.L.P.
3700 Forest Drive, Suite 500
Columbia, SC  29204
Tel.: (803) 799-9311 / Fax: (803) 254-6951
Foster@bettislawsc.com
Hayne@bettislawsc.com

ATTORNEYS FOR DEFENDANT

February 13, 2025

Columbia, South Carolina